IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | Criminal No. 12-1563 WPJ |
| vs. ) | Civil No. 16-599 WPJ/SMV |
| ) | |
| **ARCHIE MANZANARES**, ) | |
| ) | |
| Defendant/Movant. ) | |

## O R D E R

THIS MATTER having come before the Court upon the government's motion to file its response to the Defendant/Movant's 28 U.S.C. § 2255 motion one day out of time, and the Court, having reviewed the motion, finds it is well-taken.

IT IS THEREFORE ORDERED THAT the government's response to Defendant/Movant's 28 U.S.C. § 2255 filed on November 19, 2016 is deemed to be timely filed.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

  Filed Electonically on November 30, 2016
NORMAN CAIRNS
Assistant United States Attorney

Approved by:

  Filed Electronically on November 30, 2016
MARGARET KATZ
Assistant Federal Public Defender